IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KRISTEN R, through her guardian and parent,
ROBIN PICKERING,**

      **Plaintiff,**

v.                                                    No. CIV-15-0277 RB/LAM

**EASTERN NEW MEXICO MENTAL RETARDATION
SERVICES d/b/a EASTERN NEW MEXICO
REHABILITATIVE SERVICES
FOR THE HANDICAPPED, INC., a/k/a "ENMRSH", et al.,**

      **Defendants.**

## ORDER GRANTING MOTION FOR EXTENSION
## OF ALL PRE-TRIAL DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Motion for Extension o[f] all Pre-Trial Deadlines* [*Doc. 31*], filed December 18, 2015. Defendants have not filed a response to the motion, and the time for responding has passed. "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M. LR-Civ. 7.1(b). Having considered the motion and record of the case, and having consulted with the presiding judge in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**. Because the discovery deadline will now be *after* the scheduled settlement conference in this case, the Court will also vacate the April 22, 2016 settlement conference and reset it at a later date.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Extension o[f] all Pre-Trial Deadlines* [*Doc. 31*] is **GRANTED,** and the following deadlines are extended as follows:[1]

| | | |
|---|---|---|
| 1. | Termination date for discovery: | **May 23, 2016** |
| 2. | Discovery motions: | **June 12, 2016** |
| 3. | Plaintiff's expert reports: | **March 31, 2016** |
| 4. | Defendants' expert reports: | **April 25, 2016** |
| 5. | Pretrial motions: | **July 8, 2016** |
| 6. | Pretrial order from Plaintiff to Defendant: | **September 26, 2016** |
| 7. | Pretrial order from Defendant to the Court: | **October 11, 2016** |

**IT IS FURTHER ORDERED** that the settlement conference presently set for April 22, 2016 is hereby **VACATED** and will be rescheduled at a later date.

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension. The press of other cases, vacations and intervening holidays are not usually considered to be exceptional circumstances.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that Plaintiff states that she expects needing an additional three months to complete discovery (*Doc. 31* at 1); however, Plaintiff only asks for a two-month extension of all of the deadlines in this case (*id.* at 2). To be clear, the Court is granting this motion as to the two-month extension of the deadlines as set forth on page 2 of Plaintiff's motion.