IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KRISTEN R, through her guardian and parent,
ROBIN PICKERING,**

      **Plaintiff,**

v.                                       No. CIV-15-0277 RB/LAM

**EASTERN NEW MEXICO MENTAL RETARDATION
SERVICES d/b/a EASTERN NEW MEXICO
REHABILITATIVE SERVICES
FOR THE HANDICAPPED, INC., a/k/a "ENMRSH", et al.,**

      **Defendants.**

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF ALL PRE-TRIAL DEADLINES

**THIS MATTER** is before the Court on *Plaintiff's Second Motion for Extension o[f] all Pre-Trial Deadlines* [*Doc. 43*], filed March 28, 2016. Plaintiff states that Defendants consent to the motion. Having considered the motion and record of the case, and having consulted with the presiding judge in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Second Motion for Extension o[f] all Pre-Trial Deadlines* [*Doc. 43*] is **GRANTED,** and the following deadlines are extended as follows:

    1.    Termination date for discovery:                    **July 11, 2016**

    2.    Discovery motions:                                     **July 31, 2016**

    3.    Plaintiff's expert reports:                             **May 19, 2016**

| | | |
|---|---|---|
| 4. | Defendants' expert reports: | **June 30, 2016**[1] |
| 5. | Pretrial motions: | **August 26, 2016** |
| 6. | Pretrial order from Plaintiff to Defendant: | **September 26, 2016** |
| 7. | Pretrial order from Defendant to the Court: | **October 11, 2016** |

Plaintiff states that this request is the parties' "final extension of all pre-trial deadlines." [*Doc. 43* at 4].  The Court, therefore, will not grant any further extensions of the pre-trial deadlines in this case.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The parties agree to "accommodate each side's scheduling for any deposition(s) of Defendant[s'] expert(s)."